Dove, J.

(No. 5797—

Transworld Van Lines, Inc., a/k/a Majestic warehouses, Inc., Claimant, vs. State of Illinois, Respondent.

*Opinion filed February 18, 1971.*

Transworld Van Lines, Inc., a/k/a Majestic Warehouses, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Holderman, J.

On April 1, 1970, Transworld Van Lines, Inc., a/k/a Majestic Warehouses, Inc., filed a claim against the State of Illinois for services rendered the Cook County Department of Public Aid in the amount of $719.00.

The record consists of the following:

1. Complaint
2. Joint Stipulation

It appears that claimant did furnish services to the State of Illinois in the amount of $443.50.

An award is, therefore, made to claimant, Transworld Van Lines, Inc., a/k/a Majestic Warehouses, Inc., in the amount of $443.50.